966 A.2d 559 (2009)
Sara Zalewski CREE, Appellant
v.
WEST PENN ALLEGHENY HEALTH SYSTEM, INC., Forbes Regional Hospital, Almar Radiologists, Inc., and Maureen M. Bidula, M.D., Appellees.
No. 36 WAP 2008.
Supreme Court of Pennsylvania.
Argued March 2, 2009.
Decided March 18, 2009.
Edward A. Shenderovich, Esq., Shenderovich, Shenderovich & Fishman, P.C., Pittsburgh, for Sara Zalewski Cree, appellant.
Templeton Smith, Esq., Thomson, Rhodes & Cowie, P.C., Pittsburgh, for West Penn Allegheny Health System, Inc. and Forbes Regional Hosp., appellees.
James R. Hartline, Esq., Weber, Gallagher, Simpson, Stapleton, Fries & Newby, L.L.P., Pittsburgh, for Almar Radiologists, Inc., and Maureen M. Bidula, M.D., appellees.
BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

ORDER
PER CURIAM.
The appeal is dismissed as having been IMPROVIDENTLY GRANTED.